UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
----------------------------------------------------------x
                                                          :
VALERO MARKETING & SUPPLY COMPANY                         :
                                                          :
        Plaintiff,                                        :       Civ. No. 01-5254 (DRD)
                                                          :
        v.                                                :
                                                          :       ORDER
GREENI OY & GREENI TRADING OY                             :
                                                          :
        Defendants                                        :
                                                          :
----------------------------------------------------------x
```

This matter having been opened to the Court by motion of plaintiff, Valero Marketing & Supply Company, for partial summary judgment against Defendants, Greeni Oy & Greeni Trading Oy (together "Greeni"), and notice having been given to all parties, in consideration of the submissions and arguments of counsel and for the reasons set forth in the Court's opinion of even date,

Therefore, IT IS, on this 14th day of June 2005, ORDERED that Valero's motion for partial summary judgment on the issue of Greeni's liability is hereby denied.

/s/ Dickinson R. Debevoise
Dickinson R. Debevoise, U.S.S.D.J.